# UNITED STATES DISTRICT COURT
for the
District of Alaska

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 3:18-CR-00062-002-SLG |
| vs. ) | |
| ) | |
| DERRICK MOORE ) | |

On July 9, 2018, the defendant appeared before the Honorable Sharon L. Gleason, Chief United States District Judge, and pled guilty to Count 1: Bank Robbery in violation of 18 U.S.C. § 2113(a) with penalty provisions at 18 U.S.C. § 2113(d), a Class B felony. On September 27, 2018, the defendant appeared before the Honorable Sharon L. Gleason, Chief United States District Judge, and was sentenced to 56 months imprisonment followed by five years of Supervised Release.

The defendant's term of Supervised Release began on April 15, 2022, and is scheduled to expire on April 14, 2027. Since supervision commenced, the defendant has made significant progress on his reintegration back into society. As part of the original judgment, Mr. Moore was ordered to pay $15,316.00 in restitution to be collected joint and several. To date, Mr. Moore and his codefendants have paid $9,831.26, with an estimated $5,454.74 to be collected. If granted early termination, he would be referred to the Financial Litigation Program (FLP) for collection of the remaining restitution. While on supervision, Mr. Moore has continued to pay his monthly payment and has completed all his required community work service hours. He has even published a book titled, "7 Steps from Addiction to Sobriety," which provides the reader a step-by-step guide to sobriety and overcoming barriers. Recently, Mr. Moore has been speaking with children throughout the Anchorage School District about drugs and addiction and how to avoid that type of lifestyle. Currently, he works at the Adolescent Residential Center for Help (ARCH) which provides children in need a place to live and break free from addiction. It offers residential treatment, partial hospitalization, and outpatient programming to local children. Mr. Moore has shown that he is capable of long-term growth and stability and continues to excel at any goal he sets his mind too. Additionally, he has maintained stable housing, had no lapses in employment, and promptly communicated any relevant changes in circumstances to the assigned probation officer through the term of his supervision. The defendant has provided negative drug tests monthly with no issues.

The U.S. Attorney's Office has been consulted on this matter. The probation officer has not received official support or opposition for early termination regarding this case.

However, U.S. Probation recommends that Derrick Moore be discharged from supervision, as he has ultimately complied with all directives given during his term and has successfully reintegrated into the community.

Report and Order Terminating Supervised Release Prior to Original Expiration Date
Derrick Moore 3:18-CR-00062-002-SLG

Respectfully submitted,

Casey J. Cansler
U.S. Probation Officer
May 20, 2024

Approved by:

Chris Liedike
Supervisory U.S. Probation Officer